JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-0233 JGB (DTBx)** | Date | July 14, 2026 |
| Title | ***Jeremiah Maniquiz v. Kami Vision Incorporated, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **Order (1) DISMISSING Plaintiff's Case for Failure to Prosecute and Failure to Comply with Court Orders (IN CHAMBERS)**

On January 20, 2026, Plaintiff filed a Complaint against Defendants Kami Vision Incorporated and Does 1-20. ("Complaint," Dkt. No. 1.) On May 21, 2026, the Court issued an order to show cause for failure to prosecute because Defendant's answer had been due nearly two months prior, and Plaintiff had failed to request entry of default. ("OSC," Dkt. No. 11.) The OSC ordered Plaintiff to file a request for entry of default on or before June 1, 2026, and, if default was entered, to move for default judgement within 30 days of entry of default. (Id.) Plaintiff requested entry of default a day late, on June 2, 2026. (Dkt. No. 12.) The Clerk entered default the following day. (Dkt. No. 13.) As of the date of this order, more than 30 days past the default motion deadline, Plaintiff has failed to so move. The Court warned Plaintiff that failure to comply with the Court's order may result in dismissal of this action. (See OSC.)

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Plaintiff has repeatedly failed to prosecute his case and comply with Court orders despite the Court's provision of clear instructions and deadlines. As such, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**